**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:12cv60**

| | |
|---|---|
| **SHAMS-ALDEEN GHALEB, and wife,** ) | |
| **FATIMA GHALEB, MOHSANA** ) | |
| **SHAMS-ALDEEN GHALEB, and** ) | |
| **KHALID SHAMS-ALDEEN GHALEB,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| **_____** ) | |

**THIS MATTER** is before the Court on the parties' Joint Notice of Settlement [Doc. 6].

The parties have jointly filed a Notice of Settlement in this case to advise the Court of the settlement and to request that the Court dispense with the requirement of an Initial Attorneys' Conference. [Doc. 6]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal. In light of the settlement of this case, the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS SO ORDERED.**


Signed: June 21, 2012

Martin Reidinger
United States District Judge