THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv60

| | |
|---|---|
| SHAMS-ALDEEN GHALEB, and wife, ) <br> FATIMA GHALEB, MOHSANA ) <br> SHAMS-ALDEEN GHALEB, and ) <br> KHALID SHAMS-ALDEEN GHALEB, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Notice of Settlement [Doc. 6].

The parties have jointly filed a Notice of Settlement in this case to advise the Court of the settlement and to request that the Court dispense with the requirement of an Initial Attorneys' Conference. [Doc. 6]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal. In light of the settlement of this case, the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS SO ORDERED.**

Signed: June 21, 2012

Martin Reidinger
United States District Judge